# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED MAY 30, 2025

---

### NO. 03-23-00322-CV

---

**Oncor Electric Delivery Company LLC, and the Public Utility Commission of Texas, Appellants**

**v.**

**Giovanni Homes Corporation, Appellee**

---

### APPEAL FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES TRIANA, KELLY AND CRUMP
### REVERSED AND RENDERED -- OPINION BY JUSTICE TRIANA

---

This is an appeal from the judgment signed by the trial court on May 16, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment and renders judgment consistent with this Court's opinion. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.